UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHEILA COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:16CV00830 AGF |
| ) | |
| NANCY BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

# **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's application for attorney's fee, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Plaintiff is the prevailing party in this action challenging the decision of Defendant that Plaintiff is not disabled, as defined by the Social Security Act, and was thus not entitled to disability insurance benefits or Supplemental Security Income. Plaintiff seeks $5,297.94 in fees, to be paid to Plaintiff's counsel, pursuant to an assignment of fees executed by Plaintiff, in the event the award is not used to satisfy an outstanding debt. Plaintiff has submitted documentation supporting the requested amount of fees. Defendant responds that she does not object to the award of fees in the amount sought, but notes that *Astrue v. Ratliff*, 560 U.S. 586 (2010), mandates that the fees are to be paid directly to Plaintiff.

The Court's review of the record indicates that the amount of fees sought is reasonable and properly supported. As Defendant asserts, *Astrue v. Ratliff*, 560 U.S. 586 (2010), requires that the fees be paid directly to Plaintiff, even in light of the assignment

signed by Plaintiff. The Court is not in a position to provide otherwise.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $5,297.94, payable directly to Plaintiff. (ECF. No. 23.)

 _____
 AUDREY G. FLEISSIG
 UNITED STATES DISTRICT JUDGE

Dated this 13th day of December, 2017